Jason D. Lamm (018454)
Law Office of Jason Lamm
6245 North 24th Pkwy, Ste. 208
Phoenix, AZ  85016-2030
Tel: (602) 222-9237
Fax: (602) 222-2299
Email:  jlamm@cyberlawaz.com

David J. Don (016462)
LAW OFFICE OF DAVID J. DON, PLLC
301 E. Bethany Home Rd., Suite B-100
Phoenix, Arizona 85012
Tel:  480-948-1212
Fax: 480-696-7756
Email: david@azcivilrights.com

*Attorneys for Plaintiff Leslie A. Merritt, Jr.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leslie A Merritt, Jr., <br><br> Plaintiff, <br> vs. <br><br> State of Arizona, et. al. <br><br> Defendants. | Case No.: CV17-4540-PHX-DGC <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

Plaintiff Leslie A Merritt, Jr., through counsel undersigned, hereby gives notice, pursuant to Fed. R.Civ.P. 41(a)(1), that he voluntarily agrees to dismiss this action with prejudice against Defendant Edward Leiter and Defendant Vanessa Losicco only.  Neither of these parties has filed an Answer or Motion for Summary Judgment.  Each side will bear his or her own costs.

DATED this 6th day of February 2018.

**Law Offices of David J Don, PLLC and Law Offices of Jason Lamm**

By: s/David J. Don
David J. Don
Jason D. Lamm
*Attorneys for Plaintiff Leslie A. Merritt, Jr.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of February 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Clerk of the Court
United States District Court, District of Arizona
Sandra Day O'Connor Courthouse
401 W. Washington St.
Phoenix, AZ 85003

Michele Iafrate, Esq.
Renee J. Waters, Esq.
Iafrate & Associates
649 North Second Avenue
Phoenix, Arizona  85003
miafrate@iafratelaw.com
Attorneys for Defendants Maricopa County and William Montgomery

Edward F. Novak, Esq.
Melissa Ho, Esq.
Jonathan G. Brinson, Esq.
Polsinelli PC
One East Washington Street, Suite 1200
Phoenix, AZ  85004
Email: enovak@polsinelli.com; mho@polsinelli.com, jbrinson@polsinelli.com
Attorneys for Defendant State of Arizona, Heston Silbert, Christopher Kalkowski, Frank Milstead, Ken Hunter, Kelly M. Heape, Jennifer Pinnow, Anthony Falcone

Daniel P. Struck, Esq.
Nick Acedo, Esq.
Ashlee Hesman, Esq.
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 W. Ray Road, Ste 300
Chandler AZ 85226
Email: dstruck@strucklove.com; NAcedo@strucklove.com; ahesman@strucklove.com
Attorneys for Defendants Edward Leiter
Vanessa Losicco

By:     /s/David J. Don