**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**
**CIVIL MINUTES – SCHEDULING CONFERENCE**

Phoenix Division

CIV 17-4540-PHX-DGC                    DATE: 2/08/2018
Year   Case No   Initials

Title:   Leslie A Merritt Jr.,     vs.  State of Arizona, et.al.,
             Plaintiff                        Defendants
==========================================================================

HON: DAVID G. CAMPBELL


  Traci C. Abraham                    Jennifer Pancratz
        Deputy Clerk                      Court Reporter
APPEARANCES
 David Don and Jason Lamm
Attorney(s) for Plaintiff(s)
Edward Novak, Jonathan Brinson, Melissa Ho for State of Arizona Defendants
 Attorney(s) for Defendant(s)
==========================================================================

**PROCEEDINGS:**    **X**   Open Court    _____ Chambers    _____ Other

Other Appearances: Daniel Struck for defendants Edward Leiter and Vanessa Losicco; Michele Iafrate for defendants William Montgomery and Maricopa County

Scheduling conference held. Deadlines discussed. Court will enter a case management order.

Notice of Party Dismissal of Defendants Edward Leiter and Vanessa Losicco (doc. 41) discussed. Claims against Defendants Edward Leiter and Vanessa Losicco are dismissed with prejudice. Their motion to dismiss (doc.35) and motion to stay discovery (37) are denied as moot.

Parties to resubmit a proposed protective order that complies with LR 5.6.

Remaining defendants' request to file an early motion for summary judgment is granted and shall be filed within 30-45 days. Motion and statement of facts limited to 15 pages each, response and statement of facts limited to 15 pages each, and reply limited to 10 pages.

A telephonic discovery call is set for 2/28/2018 at 2:00 p.m. Parties shall confer and narrow issues in advance of the call.  The parties should call the Court on one conference line.