1  Brett W. Johnson (#021527)
   Craig A. Logsdon (#020223)
2  SNELL & WILMER L.L.P.
   One Arizona Center
3  400 E. Van Buren, Suite 1900
   Phoenix, Arizona 85004
4  Telephone: 602.382.6000
   E-Mail: bwjohnson@swlaw.com
5          clogsdon@swlaw.com

6  *Attorneys for Arizona Governor Douglas A. Ducey
   and the Office of Governor Douglas A. Ducey*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Leslie A. Merritt, Jr., a single man, | |
|---|---|
| Plaintiff, | Case No. 2:17-CV-4540-PHX-DGC |
| v. | **NOTICE OF DISCLOSURE OF DOCUMENTS** |
| State of Arizona, a body politic; Bill Montgomery, the elected Maricopa County Attorney; Maricopa County, a body politic; Heston Silbert, in his individual capacity; Christopher Kalkowski, in his individual capacity. Frank Milstead, in his individual capacity; Ken Hunter, in his individual capacity; Kelly M. Heape, in his individual capacity; Jennifer Pinnow, in her individual capacity, Anthony Falcone, in his individual capacity, | |
| Defendants. | |

The Office of Arizona Governor Douglas A. Ducey, and Governor Douglas A. Ducey himself (collectively the "Governor"), by and through undersigned counsel, and pursuant to this Court's Order dated March 19, 2018, hereby give notice that they have provided counsel with electronic copies of relevant telephone records. Telephone numbers associated with the Governor and the Governor's Office have been redacted. The documents are Bates stamped AZ468635 – AZ468685.

DATED this 27th day of April, 2018.

SNELL & WILMER L.L.P.

By: */s/ Brett W. Johnson*
Brett W. Johnson (#021527)
Craig A. Logsdon (#020223)
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004
Telephone: 602.382.6000

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of April, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

*/s/ Tracy Hobbs*

4813-8541-8851