Jason D. Lamm (018454)
Law Office of Jason Lamm
6245 North 24th Pkwy, Ste. 208
Phoenix, AZ  85016-2030
Tel: (602) 222-9237
Fax: (602) 222-2299
Email:  jlamm@cyberlawaz.com

David J. Don (016462)
LAW OFFICE OF DAVID J. DON, PLLC
301 E. Bethany Home Rd., Suite B-100
Phoenix, Arizona 85012
Tel:  480-948-1212
Fax: 480-696-7756
Email: david@azcivilrights.com

*Attorneys for Plaintiff Leslie A. Merritt, Jr.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leslie A Merritt, Jr.,<br><br>       Plaintiff,<br>   vs.<br><br>State of Arizona, et. al.<br><br>       Defendants. | Case No.: CV17-4540-PHX-DGC<br><br>**STIPULATION FOR DISMISSAL OF COUNTS THREE AND FOUR AGAINST DEFENDANTS MARICOPA COUNTY AND WILLIAM MONTGOMERY** |

   Plaintiff and Defendants, through counsel undersigned, stipulate under Fed. R.Civ.P. 41(a) that Counts Three and Four of the Second Amended Complaint (Doc. 8) be dismissed against Defendant Maricopa County and Defendant William Montgomery only.

DATED this 13th day of July 2018.

**Law Offices of David J Don, PLLC and Law Offices of Jason Lamm**

By: s/David J. Don
    David J. Don, Esq.
    Jason D. Lamm, Esq.
    *Attorneys for Plaintiff Leslie A. Merritt, Jr.*

**Iafrate & Associates**

By: s/Michele Iafrate
    Michele Iafrate, Esq.
    Renee J. Waters, Esq.
    *Attorneys for Defendants Maricopa County and William Montgomery*

**Polsinelli PC**

By: s/Edward F. Novak
    Edward F. Novak, Esq.
    Melissa Ho, Esq.
    Jonathan G. Brinson, Esq.
    *Attorneys for Defendant State of Arizona, Heston Silbert, Christopher Kalkowski, Frank Milstead, Ken Hunter, Kelly M. Heape, Jennifer Pinnow, Anthony Falcone*
.

**CERTIFICATE OF SERVICE**

I certify that on this 13th day of July 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to these CM/ECF registrants:

Clerk of the Court
United States District Court, District of Arizona
Sandra Day O'Connor Courthouse
401 W. Washington St.
Phoenix, AZ 85003

Michele Iafrate, Esq.
Renee J. Waters, Esq.
Iafrate & Associates
649 North Second Avenue
Phoenix, Arizona  85003
miafrate@iafratelaw.com
Attorneys for Defendants Maricopa County and William Montgomery

Edward F. Novak, Esq.
Melissa Ho, Esq.
Jonathan G. Brinson, Esq.
Polsinelli PC
One East Washington Street, Suite 1200
Phoenix, AZ  85004
Email: enovak@polsinelli.com; mho@polsinelli.com, jbrinson@polsinelli.com
Attorneys for Defendant State of Arizona, Heston Silbert, Christopher Kalkowski, Frank Milstead, Ken Hunter, Kelly M. Heape, Jennifer Pinnow, Anthony Falcone

By:   /s/David J. Don