Edward F. Novak (#006092)
enovak@polsinelli.com
Melissa Ho (#023269)
mho@polsinelli.com
Jonathan G. Brinson (#025045)
jbrinson@polsinelli.com
**POLSINELLI PC**
CityScape
One East Washington Street, Suite 1200
Phoenix, AZ 85004
Phone: (602) 650-2000 │ Fax: (602) 264-7033

*Attorneys for Defendants State of Arizona, Silbert, Kalkowski, Milstead, Hunter, Heape, Pinnow, and Falcone*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leslie A Merritt, Jr., a single man,<br><br>    Plaintiff,<br>vs.<br><br>State of Arizona, a body politic; Bill Montgomery, the elected Maricopa County Attorney, in his official and individual capacities; Maricopa County, a body politic; Heston Silbert, in his individual capacity; Christopher Kalkowski, in his individual capacity; Frank Milstead, in his individual capacity; Ken Hunter, in his individual capacity; Kelly M. Heape, in his individual capacity; Jennifer Pinnow, in her individual capacity, Anthony Falcone, in his individual capacity.<br><br>    Defendants. | **Case No. CV17-4540-PHX-DGC**<br><br>**DEFENDANT STATE OF ARIZONA'S NOTICE OF CORRECTION ON STATEMENTS REGARDING ONGOING INVESTIGATION MADE DURING 8/14/18 DISCOVERY CONFERENCE** |

1

64825098.1

1   Defendant State of Arizona hereby provides notice of correction regarding statements made during the Discovery Conference held on August 14, 2018 at 2:00 p.m. When asked by the Court whether there was an ongoing investigation, undersigned counsel stated that he was not prepared to answer that question (as he had not personally been involved in any communications with his client on that topic), but that he did not think so. The adage that one should never speculate has once again proven true, as counsel has now confirmed that the investigation is indeed ongoing and that the State of Arizona affirmatively takes that position. Counsel apologizes for any confusion caused by the uninformed misstatement.

**RESPECTFULLY SUBMITTED** this 14th day of August, 2018.

POLSINELLI PC

By: /s/ *Jonathan G. Brinson*
　　Edward F. Novak
　　Melissa Ho
　　Jonathan G. Brinson
　　One E. Washington Street, Suite 1200
　　Phoenix, AZ 85004
　　*Attorneys for Defendants State of Arizona, Silbert, Kalkowski, Milstead, Hunter, Heape, Pinnow and Falcone*

2

64825098.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of August 2018, I electronically transmitted the this Notice to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Clerk of the Court
United States District Court, District of Arizona
Sandra Day O'Connor Courthouse
401 W. Washington Street
Phoenix, AZ 85003

Jason D. Lamm
Law Office of Jason Lamm
6245 North 24th Parkway, Suite 208
Phoenix, AZ 85016-2030
jlamm@cyberlawaz.com

David J. Don
Law Office of David J. Don, PLLC
301 E. Bethany Home Road, Suite B-100
Phoenix, AZ 85012
david@azcivilrights.com
*Attorneys for Plaintiff Leslie Merritt, Jr.*

Michele M. Iafrate
Iafrate & Associates
649 North Second Avenue
Phoenix, AZ 85003
miafrate@iafratelaw.com

*Attorneys for Defendants, Maricopa County and William Montgomery*

By: */s/ Dawn Coppens*

3

64825098.1