**IAFRATE & ASSOCIATES**
649 North Second Avenue
Phoenix, Arizona 85003
(602) 234-9775

Michele M. Iafrate, #015115
miafrate@iafratelaw.com

Attorney for **Defendants Maricopa County and William Montgomery**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leslie Merritt, Jr., | ) NO. CV17-04540-PHX-DGC |
| Plaintiff, | ) |
| vs. | ) **DEFENDANTS MARICOPA** |
| | ) **COUNTY AND WILLIAM** |
| State of Arizona, et al. | ) **MONTGOMERY'S MOTION FOR** |
| | ) **PROTECTIVE ORDER FOR** |
| Defendants. | ) **WILLIAM MONTGOMERY'S** |
| | ) **DEPOSITION** |

Defendants Maricopa County and William Montgomery ("Defendants"), move this Court for a protective order for William Montgomery's deposition on August 15, 2018 only and request that Plaintiff reschedule Mr. Montgomery's deposition. This motion is supported by the following memorandum of points and authorities.

### MEMORANDUM OF POINTS AND AUTHORITIES

**I.    BACKGROUND**

On May 23, 2018, Plaintiff noticed the deposition of Mr. Montgomery and amended the notice on June 18, 2018. (Docs. 99 and 110). On June 18, 2018, Plaintiff filed a Motion to Compel regarding issues of privilege. (Doc. 113). Defendants responded to Plaintiff's Motion on June 29, 2018. (Doc. 119). On July 3, 2018, the Court ruled that Plaintiff did not provide enough information for the

Court to make a determination and ordered Plaintiff to file an additional memorandum.  (Doc. 121).  On July 13, 2018, Plaintiff filed his additional memorandum and Defendants replied on July 20, 2018.  (Docs. 126 and Doc. 130).  On August 6, 2018, the Court denied Plaintiff's Motion to Compel.  (Doc. 145).  On August 8, 2018, Defendants gave notice to Plaintiff that pursuant to the Court's order, the deposition of Mr. Montgomery was prohibited.

On August 14, 2018, the Court held a hearing regarding the order it issued and whether the prosecutors' depositions were permitted to be taken.  The Court stated it was taking the matter under advisement.  On August 14, 2018, at 5:00 p.m., the Court ordered the depositions should proceed.  (Doc. 152).

## II.    LAW AND ARGUMENT

Pursuant to the Court's order (Doc. 145), Defendants believed the prosecutors' depositions would not proceed.  Therefore, counsel for Defendants released Mr. Montgomery for the August 15, 2018 deposition based on the reading of the order.  Mr. Montgomery's calendar was immediately filled for him to perform his duties as an elected official.

Counsel for Defendants conferred with Plaintiff's counsel on August 14, 2018 after the Court's ruling that Mr. Montgomery was not available and would not appear.  Counsel for Defendants could not anticipate when the Court would rule on the prosecutors' depositions or what the ruling would be.  Therefore, counsel for Defendants requested Plaintiff to reschedule the deposition.  Plaintiff would not agree.

Defendants request the Court for a protective order for Mr. Montgomery's August 15, 2018 deposition, allow Mr. Montgomery to attend to his civic duties, and order Plaintiff to reschedule his deposition.

**III.   CONCLUSION**

For the foregoing reasons, Defendants request the Court for a protective order for Mr. Montgomery to appear at the August 15, 2018 deposition.

**DATED** this <u>15th</u> day of August, 2018.

**IAFRATE & ASSOCIATES**

By:   <u>  s/Michele M. Iafrate                    </u>
Michele M. Iafrate
Attorney for **Defendants Maricopa County and William Montgomery**

**ORIGINAL** of the foregoing e-filed
this <u>15th</u> day of August, 2018, with:

Clerk of the Court
**United States District Court**
Sandra Day O'Connor U.S. Courthouse
401 W. Washington Street
Phoenix, AZ  85003

**COPIES** of the foregoing e-mailed via ECF
this <u>15th</u> day of August, 2018, to:

Honorable David G. Campbell
**UNITED STATES DISTRICT COURT**
Sandra Day O'Connor U.S. Courthouse
401 W. Washington St., Ste. 623, SPC 58
Phoenix, Arizona  85003

Jason D. Lamm
**Law Office of Jason Lamm**
6245 North 24th Pkwy, Ste. 208
Phoenix, Arizona 85016
Attorney for **Plaintiff**

David J. Don
**Law Office of David J. Don, PLLC**
301 E. Bethany Home Rd., Ste. B-100
Phoenix, Arizona  85012
Attorney for **Plaintiff**

Edward F. Novak
Melissa Ho
Jonathan G. Brinson
**Polsinelli PC**
One E. Washington, Ste. 1200
Phoenix, Arizona  85004
Attorneys for **State of Arizona, Heston Silbert,**
    **Christopher Kalkowski, Frank Milstead,**
    **Ken Hunter, Kelly Heape, Jennifer Pinnow,**
    **and Anthony Falcone**


By:___s/Jill Lafornara_____