**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**
**CIVIL MINUTES – TELEPHONIC DISCOVERY CONFERENCE**

Phoenix Division

CIV 17-4540-PHX-DGC                              DATE: 8/14/2018
Year    Case No   Initials

Title:   Leslie A Merritt Jr.,       vs.  State of Arizona,et.al.,
              Plaintiff                        Defendants
=======================================================================

HON: DAVID G. CAMPBELL


 Traci C. Abraham                    Patricia Lyons
       Deputy Clerk                     Court Reporter
TELEPHONIC APPEARANCES
 David Don and Jason Lamm
Attorney(s) for Plaintiff(s)
Michele Iafrate for Maricopa County and William Montgomery; Ashlee Hesman
for Edward Leiter and Vanessa Losicco; Jonathan Brinson for State of Arizona
Defendants
 Attorney(s) for Defendant(s)
=======================================================================

**PROCEEDINGS:**     **X**   **Open Court**       **Chambers**         **Other**

Telephonic discovery conference held.

Plaintiff raises the following issues: (1) Defendant Maricopa County withholding emails between Maricopa County Attorneys and Department of Public Safety in regards to discovery matters ;(2) Clarification of Court order filed 8/6/2018 (doc. 145) in regards to the depositions of 5 Maricopa County Attorneys. Discussion held.

Attorney for Maricopa County shall provide the Court in camera the two emails and make clear exactly what has not been disclosed on the basis of work product.  Court will issue a ruling.  The Court takes under advisement issue 2 and will issue an order.