Jason D. Lamm (018454)
Law Office of Jason Lamm
6245 North 24th Pkwy, Ste. 208
Phoenix, AZ  85016-2030
Tel: (602) 222-9237
Fax: (602) 222-2299
Email: jlamm@cyberlawaz.com

David J. Don (016462)
LAW OFFICE OF DAVID J. DON, PLLC
301 E. Bethany Home Rd., Suite B-100
Phoenix, Arizona 85012
Tel:  480-948-1212
Fax: 480-696-7756
Email: david@azcivilrights.com

*Attorneys for Plaintiff Leslie A. Merritt, Jr.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Leslie A Merritt, Jr., a single man, | Case No.:  CV17-4540-PHX-DGC |
| Plaintiff, | **STIPULATION TO AMEND CASE MANAGEMENT ORDER (First Request)** |
| vs. | |
| State of Arizona, et al. | |
| Defendants. | |

The parties, through undersigned counsel, move this Court under LRCiv 7.3 for an order amending the Case Management Order (Doc. 45) to permit the completion of the depositions of Defendant Kenneth Hunter, Deputy County Attorney Edward Leiter and (former) Deputy County Attorney Vanessa Losicco Cuevas.  All parties consent to the granting of this stipulation.  A proposed form of order is attached.

On August 20, 2018, Plaintiff took the depositions of Leiter and Cuevas. During the course of the depositions, there were not less than two dozen occasions

where the witnesses refused to answer questions at the direction of their counsel based upon assertions of immunity, work product, and deliberative process privilege.

On August 23, 2018, Plaintiff began the deposition of Defendant Kenneth Hunter. Unbeknownst to Plaintiff, Defendant Hunter had travel plans that required him to leave the deposition before its completion. Before adjourning, the parties agreed, on the record, to reconvene and complete the deposition at a later date. Also, the deponent refused to answer numerous questions, asserting an "ongoing investigative privilege."

The Court has set a telephonic discovery conference on September 20, 2018, at 4:30 p.m. to discuss the assertion of various privileges raised during the respective depositions. (Doc. 166). The Case Management Order (Doc. 45, at paragraph 4(a)) sets September 7, 2018, as a deadline for completing fact discovery. Because the date of the conference occurs *after* the deadline for completing the fact discovery, Plaintiff seeks leave of Court to permit the depositions to be reconvened, subject to the Court's rulings.

Rule 16 provides that deadlines established in a case management order may "be modified only for good cause[.]" Fed.R.Civ. P. 16(b)(4). "Good cause" exists when a deadline "cannot reasonably be met despite the diligence of the party seeking the extension." Fed.R.Civ.P. 16 Advisory Comm.'s Notes (1983 Am.). The standard is "primarily considers the diligence of the party seeking the amendment." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 608 (9th Cir. 1992). Here, Plaintiff has been diligent in pursuing discovery and setting depositions within the existing deadline for completing fact discovery. Notwithstanding, Hunter could not complete his deposition within the fact discovery deadline. Additionally, the Court

must resolve discovery disputes pertaining to the testimony sought, not only from Hunter, but also Leiter and Cuevas.  Good cause therefore exists to extend the fact discovery deadline for the limited purpose of concluding the depositions that were commenced prior to its expiration.

DATED THIS 7th day of September 2018.

LAW OFFICE OF JASON LAMM

By: /s/ Jason D. Lamm
David J. Don
*Attorney for Plaintiff Leslie Merritt, Jr.*

LAW OFFICES OF DAVID J. DON, P.L.L.C.

By: /s/ David J. Don
David J. Don
*Attorney for Plaintiff Leslie Merritt, Jr.*

POLSINELLI PC

By: /s/ Edward Novak
Edward Novak
*Attorneys for Defendant State of Arizona, Silbert, Kalkowski, Milstead, Hunter, Heape, Pinnow and Falcone*
IAFRATE & ASSOCIATES

By: /s/ Michele Iafrate
Michele Iafrate
*Attorney for William Montgomery and Maricopa County*

**CERTIFICATE OF SERVICE**

I certify that on this 7th day of September 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Clerk of the Court
United States District Court, District of Arizona
Sandra Day O'Connor Courthouse
401 W. Washington St.
Phoenix, AZ 85003

Michele Iafrate, Esq.
Iafrate & Associates
649 North Second Avenue
Phoenix, Arizona  85003
miafrate@iafratelaw.com
Attorneys for Defendants Maricopa County and William Montgomery

Edward F. Novak, Esq.
Melissa Ho, Esq.
Jonathan G. Brinson, Esq.
Polsinelli PC
One East Washington Street, Suite 1200
Phoenix, AZ  85004
enovak@polsinelli.com; mho@polsinelli.com, jbrinson@polsinelli.com
Attorneys for Defendant State of Arizona, Heston Silbert, Christopher Kalkowski, Frank Milstead, Ken Hunter, Kelly M. Heape, Jennifer Pinnow, Anthony Falcone

By:   /s/ Kathryn A. Miller
      Kathryn A. Miller