**IAFRATE & ASSOCIATES**
649 North Second Avenue
Phoenix, Arizona 85003
(602) 234-9775

Michele M. Iafrate, #015115
miafrate@iafratelaw.com

Attorney for **Defendants Maricopa County and William Montgomery**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leslie Merritt, Jr.,<br><br>    Plaintiff,<br><br>vs.<br><br>State of Arizona, et al.<br><br>    Defendants. | NO. CV17-04540-PHX-DGC<br><br>**NOTICE OF SETTLEMENT WITH DEFENDANTS MARICOPA COUNTY AND WILLIAM MONTGOMERY ONLY** |

Pursuant to Local Rule 40.2(d), Federal Rules of Civil Procedure, Defendants Maricopa County and William Montgomery ("Defendants") give notice they have reached a settlement with Plaintiff as to themselves only. This settlement does not include the State Defendants. Once the settlement documents have been fully executed, the settling parties will file a Stipulation to Dismiss Defendants with prejudice, with each party to bear their own costs and attorneys' fees.

**DATED** this 21st day of November, 2018.

**IAFRATE & ASSOCIATES**


By:  s/Michele M. Iafrate
     Michele M. Iafrate
     Attorney for **Defendants Maricopa County and William Montgomery**

1

NOTICE OF ELECTRONIC FILING AND CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing with the Clerk of the Court on November 21, 2018, for filing and uploading to the CM/ECF system which will send notification of such filing to all parties of record.

By:   s/Jill Lafornara