IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leslie Merritt, Jr.,<br><br>          Plaintiff,<br><br>v.<br><br>State of Arizona, et al.,<br><br>          Defendants. | No. CV17-4540 PHX DGC<br><br>**ORDER** |

The Court has been advised that this case has settled as to Defendants Maricopa County and William Montgomery, only. Doc. 203.

**IT IS ORDERED:**

1. This matter will, without further Order of this Court, be dismissed with prejudice within 30 days of the date of this order unless a stipulation to dismiss is filed prior to the dismissal date, as to Defendants Maricopa County and William Montgomery, only.

2. All pending hearings and deadlines are vacated, as to Defendants Maricopa County and William Montgomery, only.

3. All pending motions are found to be moot, as to Defendants Maricopa County and William Montgomery, only.

4. The Clerk is directed to **terminate** this matter on December 27, 2018

without further leave of Court, as to Defendants Maricopa County and William Montgomery, only.

Dated this 27th day of November, 2018.

*David G. Campbell*
David G. Campbell
Senior United States District Judge