Jason D. Lamm (018454)
Law Office of Jason Lamm
6245 North 24th Pkwy, Ste. 208
Phoenix, AZ 85016-2030
Tel: (602) 222-9237
Fax: (602) 222-2299
Email: jlamm@cyberlawaz.com

David J. Don (016462)
LAW OFFICE OF DAVID J. DON, PLLC
301 E. Bethany Home Rd., Suite B-100
Phoenix, Arizona 85012
Tel: 480-948-1212
Fax: 480-696-7756
Email: david@azcivilrights.com

*Attorneys for Plaintiff Leslie A. Merritt, Jr.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Leslie A Merritt, Jr., a single man, | Case No.: CV17-4540-PHX-DGC |
| Plaintiff, | **JOINT REPORT** |
| vs. | |
| State of Arizona, et al. | |
| Defendants. | |

Pursuant to the Case Management Order (Doc. 45 at § 8), the parties hereby notify this Court that a settlement conference was held on November 19, 2018 before Magistrate Judge Willett. (See Doc. 204)

As is evidenced by the Notice of Settlement filed on November 21, 2018 (Doc. 203), Plaintiff and Defendants William Montgomery and Maricopa County agreed to a full settlement of all of Plaintiff's claims against said Defendants only.

No agreements were reached with Defendants Silbert, Milstead, Hunter, Heape, Pinnow, Falcone, Kalkowski, or the State of Arizona.

That parties believe, at this time, that further assistance of the Court is not required to facilitate a settlement.

DATED THIS 27th day of November 2018.

LAW OFFICE OF JASON LAMM

By: /s/ Jason D. Lamm
David J. Don
*Attorney for Plaintiff Leslie Merritt, Jr.*

LAW OFFICES OF DAVID J. DON, P.L.L.C.

By: /s/ David J. Don
David J. Don
*Attorney for Plaintiff Leslie Merritt, Jr.*

POLSINELLI PC

By: /s/ Edward Novak
Edward Novak
*Attorneys for Defendant State of Arizona, Silbert, Kalkowski, Milstead, Hunter, Heape, Pinnow and Falcone*

### CERTIFICATE OF SERVICE

I certify that on this 27th day of November 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Clerk of the Court
United States District Court, District of Arizona
Sandra Day O'Connor Courthouse
401 W. Washington St.
Phoenix, AZ 85003

Edward F. Novak, Esq.
Melissa Ho, Esq.
Jonathan G. Brinson, Esq.
Polsinelli PC
One East Washington Street, Suite 1200
Phoenix, AZ  85004

enovak@polsinelli.com; mho@polsinelli.com, jbrinson@polsinelli.com
Attorneys for Defendant State of Arizona, Heston Silbert, Christopher Kalkowski, Frank Milstead, Ken Hunter, Kelly M. Heape, Jennifer Pinnow, Anthony Falcone

By:   /s/ Kathryn A. Miller
      Kathryn A. Miller