Jason D. Lamm (018454)
Law Office of Jason Lamm
6245 North 24th Pkwy, Ste. 208
Phoenix, AZ  85016-2030
Tel: (602) 222-9237
Fax: (602) 222-2299
Email:  jlamm@cyberlawaz.com

David J. Don (016462)
LAW OFFICE OF DAVID J. DON, PLLC
301 E. Bethany Home Rd., Suite B-100
Phoenix, Arizona 85012
Tel:  480-948-1212
Fax: 480-696-7756
Email: david@azcivilrights.com

*Attorneys for Plaintiff Leslie A. Merritt, Jr.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Leslie A Merritt, Jr., a single man, | Case No.:  CV17-4540-PHX-DGC |
| Plaintiff, | **STIPULATED MOTION TO AMEND CASE MANAGEMENT ORDER (Second Request)** |
| vs. | |
| State of Arizona, et al. | |
| Defendants. | |

The parties, through their undersigned counsel, move this Court under LRCiv 7.3 for an order amending the Case Management Order (Doc. 45) to permit the depositions of three witnesses relating to documents which had not been previously known to the parties or disclosed. The extension sought will <u>not</u> affect the respective deadlines for taking an expert deposition or for filing dispositive motions.

The Court's Scheduling Order (Doc. 45 at ¶4), set a September 7, 2018 deadline for completing fact discovery.

On November 2, 2018, State Defendants disclosed Joseph Slatalla as an expert in cellular tower forensics and analysis. Plaintiff issued a subpoena duces tecum to Mr. Slatalla for a copy of his file, to which he responded on November 14, 2018. (See Doc. 200).

Mr. Slatalla's file contained previously undisclosed maps depicting the date, time, and location of numerous shootings that occurred along the I-10 Freeway during August and September of 2015, including descriptions of those that led to the State's filing of criminal charges against the Plaintiff. The maps and embedded commentary were generated by Brittany Falcone (now Willis) of the Scottsdale Police Department on DPS letterhead and at the request of a DPS analyst, Tracy Neuman. Ms. Falcone was married to the case agent, Defendant Detective Anthony Falcone.

Plaintiff asserts that portions of the materials are exculpatory and therefore relevant to one or more causes of action alleged. Defendants state that Ms. Neuman, or another analyst, provided Mr. Slatalla with Ms. Falcone's information and that before the issue being raised by Plaintiff, defense counsel was unaware of Ms. Falcone's work on this case.

Rule 16 provides that deadlines established in a case management order may "be modified only for good cause[.]" Fed.R.Civ. P. 16(b)(4). "Good cause" exists when a deadline "cannot reasonably be met despite the diligence of the party seeking the extension." Fed.R.Civ.P. 16 Advisory Comm.'s Notes (1983 Am.). The standard is "primarily considers the diligence of the party seeking the amendment." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 608 (9th Cir. 1992).

The parties submit that good cause exists to reopen fact discovery on a limited basis to allow the taking one hour maximum depositions of Brittany Falcone, Tracy Neuman, and Defendant Anthony Falcone.   The plaintiff bears no fault for the delayed disclosure and defense counsel did not know of the existence of Ms. Falcone's maps/reports.

For a good cause shown, Plaintiff asks this Court to amend the scheduling order to the limited extent that:

- Plaintiff may depose Brittany Falcone and Tracy Neuman, and may re-depose Defendant Anthony Falcone.

- Said depositions shall be limited to one (1) hour in length;

- Said depositions shall be conducted no later than January 18, 2019.

DATED THIS 30th day of November 2018.

LAW OFFICE OF JASON LAMM

By:   /s/ Jason D. Lamm
      David J. Don
      *Attorney for Plaintiff Leslie Merritt, Jr.*

LAW OFFICES OF DAVID J. DON, P.L.L.C.

By:   /s/ David J. Don
      David J. Don
      *Attorney for Plaintiff Leslie Merritt, Jr.*

POLSINELLI PC

By:   /s/ Edward Novak
      Edward Novak
      *Attorneys for Defendant State of Arizona, Silbert, Kalkowski, Milstead, Hunter, Heape, Pinnow and Falcone*

**CERTIFICATE OF SERVICE**

I certify that on this 30th day of November 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Clerk of the Court
United States District Court, District of Arizona
Sandra Day O'Connor Courthouse
401 W. Washington St.
Phoenix, AZ 85003

Edward F. Novak, Esq.
Melissa Ho, Esq.
Jonathan G. Brinson, Esq.
Polsinelli PC
One East Washington Street, Suite 1200
Phoenix, AZ  85004

enovak@polsinelli.com; mho@polsinelli.com, jbrinson@polsinelli.com
Attorneys for Defendant State of Arizona, Heston Silbert, Christopher Kalkowski, Frank Milstead, Ken Hunter, Kelly M. Heape, Jennifer Pinnow, Anthony Falcone

By:     /s/ David J Don