**IAFRATE & ASSOCIATES**
649 North Second Avenue
Phoenix, Arizona 85003
(602) 234-9775

Michele M. Iafrate, #015115
miafrate@iafratelaw.com

Attorney for **Defendants Maricopa County and William Montgomery**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leslie Merritt, Jr., | NO. CV17-04540-PHX-DGC |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL OF MARICOPA COUNTY AND WILLIAM MONTGOMERY ONLY** |
| State of Arizona, et al. | |
| Defendants. | |

Plaintiff Leslie Merritt, Jr. and Defendants Maricopa County and William Montgomery stipulate to dismiss Defendants Maricopa County and William Montgomery only from this case with prejudice, each side to bear its own costs and attorneys' fees.

**DATED** this 21st day of December, 2018.

**LAW OFFICE OF JASON LAMM**                    **IAFRATE & ASSOCIATES**


By:   s/Jason Lamm (w/permission)          By:   s/Michele M. Iafrate
Jason Lamm                                              Michele M. Iafrate
Attorneys for **Plaintiff**                          Attorney for **Defendants Maricopa County and William Montgomery**

<u>NOTICE OF ELECTRONIC FILING AND CERTIFICATE OF SERVICE</u>

I certify that I electronically filed the foregoing with the Clerk of the Court on December 21, 2018, for filing and uploading to the CM/ECF system which will send notification of such filing to all parties of record.

By:___s/Jill Lafornara_____