# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| Leslie Merritt, Jr., | ) NO. CV17-04540-PHX-DGC |
|---|---|
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| State of Arizona, et al. | ) |
| Defendants. | ) |

This Court has considered Plaintiff Leslie Merritt, Jr. and Defendants Maricopa County and William Montgomery's Stipulation for Dismissal of Defendants Maricopa County and William Montgomery only. Doc. 223.

**IT IS ORDERED** the stipulation for dismissal of Defendants Maricopa County and William Montgomery only with prejudice (Doc. 223) is **granted.** Each side shall bear its own costs and attorneys' fees.

Dated this 21st day of December, 2018.

*David G. Campbell*
David G. Campbell
Senior United States District Judge