Jason D. Lamm (018454)
Law Office of Jason Lamm
2501 North Seventh Street
Phoenix, Arizona 85006-1062
Tel: (602) 222-9237
Fax: (602) 222-2299
Email: jlamm@cyberlawaz.com
*Attorney for Plaintiff Leslie A. Merritt, Jr.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Leslie A Merritt, Jr., a single man, ) | Case No.: CV17-4540-PHX-DGC |
| ) | |
| Plaintiff, ) | **PLAINTIFF'S MOTION IN** |
| vs. ) | **LIMINE NO. 1 RE: OPINIONS OF** |
| ) | **DPS CRIMINALISTS** |
| State of Arizona, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff, through undersigned counsel, moves this Court for an order *in limine* precluding the defendant from introducing evidence or argument claiming that five criminalists from the Arizona Department of Public Safety (DPS) concluded the Plaintiff's gun fired the evidentiary bullets collected from the four Freeway shootings. The arguments or testimony is misleading, non-disclosed expert testimony, mostly irrelevant, and cumulative.

In deposition, DPS Criminalist John Maciulla testified that "[f]ive different examiners from DPS have looked at some if not all of the evidence," namely "Chris Kalkowski, Lisa Peloza, Cade Shaw, Aaron Brudenell, and myself." **Exhibit 1**, Deposition of John Maciulla at 118:2-8. The statement is misleading and irrelevant. The five DPS examiners did not perform scientific analysis or reach a scientific result. Nor did five DPS examiners provide any ballistic opinions before Merritt's arrest to inform the probable cause analysis.

For this Motion, Plaintiff does not dispute that Christopher Kalkowski compared bullets recovered from the shootings to those test-fired from Merritt's gun and reported that Merritt's gun fired the evidentiary bullets. Nor does Plaintiff dispute in this Motion that Cade Shaw, another DPS criminalist, viewed the bullets on Kalkowski's microscope after Kalkowski had completed his work and "verified" the same conclusion. But any ballistic opinion from or about Aaron Brudenell, John Maciulla, and Lisa Peloza should be rejected.

The defendant produced no expert disclosure under Rule 26, Federal Rules of Civil Procedure, and the Court's Scheduling Order (Doc. 45) about the opinions of Aaron Brudenell, John Maciulla, or Lisa Peloza. These criminalists reached their views about the ballistic evidence after Merritt's arrest and cannot relate to the probable cause determination before Merritt's arrest. Even if appropriate and disclosed, their opinions would be cumulative.

The defendant has produced no writing that Mr. Brudenell purports to identify Merritt's gun as the firearm used in the shootings. *Id.* at 118:21-24. Mr. Maciulla did a spot check of the evidentiary bullets at the Phoenix Crime Lab and produced no written report to document his work. *Id.* at 103:23-25; 105:20-22. Maciulla conceded that the defendant asked him only to conduct a quality inquiry and that he "was not asked to do an analysis and produce a report." *Id.* at 106:5-9. Finally, the defendant has disclosed no report from Lisa Peloza comparing any 9mm bullets test-fired from Merritt's gun to the evidentiary bullets.

The plaintiff asks the Court to enter the following order:

1. The defendant is precluded from presenting evidence or argument that Cade Shaw conducted an independent ballistic analysis and comparison of bullets test-fired from the plaintiff's gun and that he compared them to the

evidentiary bullets.  The defendant may present evidence that Shaw's role was to verify Kalkowski's work.

2. The defendant is precluded from presenting evidence or argument that John Maciulla, Aaron Brudenell, or Lisa Peloza conducted an independent ballistic analysis and comparison of bullets test-fired from the plaintiff's gun and that they compared them to the evidentiary bullets, and any opinions or conclusions based thereon.

DATED THIS 10th day of January 2020.

/s/ Jason D. Lamm
Jason D. Lamm
Attorney for Plaintiff Leslie Merritt, Jr.

**CERTIFICATE OF SERVICE**

I certify that on this 10th day of January 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Clerk of the Court
United States District Court, District of Arizona
Sandra Day O'Connor Courthouse
401 W. Washington St.
Phoenix, AZ 85003

Edward F. Novak, Esq.
Melissa Ho, Esq.
Jonathan G. Brinson, Esq.
Polsinelli PC
One East Washington Street, Suite 1200
Phoenix, AZ 85004

enovak@polsinelli.com; mho@polsinelli.com, jbrinson@polsinelli.com
Attorneys for Defendant State of Arizona, Heston Silbert, Christopher Kalkowski, Frank Milstead, Ken Hunter, Kelly M. Heape, Jennifer Pinnow, Anthony Falcone

By: /s/ Kathryn A. Miller
    Kathryn A. Miller