Jason D. Lamm (018454)
Law Office of Jason Lamm
2501 North Seventh Street
Phoenix, Arizona 85006-1062
Tel: (602) 222-9237
Fax: (602) 222-2299
Email: jlamm@cyberlawaz.com
*Attorney for Plaintiff Leslie A. Merritt, Jr.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Leslie A Merritt, Jr., a single man, | Case No.: CV17-4540-PHX-DGC |
| Plaintiff, | **PLAINTIFF'S MOTION IN LIMINE NO. 2 RE: GLENDALE CITY COURT MATTERS** |
| vs. | |
| State of Arizona, et al. | |
| Defendants. | |

Plaintiff, through undersigned counsel, moves this Court for an order in limine precluding the defendant from introducing evidence or argument that:

- The plaintiff was charged with interfering with judicial proceedings in Glendale City Court Case No. CR2016-025279 wherein Brittany Pearcy was the alleged victim.

- The plaintiff being a defendant in an Order of Protection Matter in Glendale City Court Case No. CV2016-024179 wherein Brittany Pearcy was the plaintiff.

- Any allegation the plaintiff is the alleged father of a child with Brittany Pearcy.

- Any allegation the plaintiff committed an act of domestic violence against Brittany Pearcy.

The Court previously precluded the defendant from utilizing the witnesses related to the subject of this motion, Brittany Pearcy and her mother. (Doc. 212).

The Court should further preclude the defendant from introducing the subjects listed above through other witnesses or arguments. The items are immaterial and unduly prejudicial and have little probative value under Rule 401 and 403.

On or about October 13, 2016, Brittany Pearcy, a former intimate partner of the plaintiff, obtained an Order of Protection against him in the Glendale City Court **Exhibit 1**. On or about December 19, 2016, the State criminally charged the plaintiff in the Glendale City Court with one count of interfering with judicial proceedings for allegedly violating said Order. **Exhibit 2**.

The State served a subpoena to Ms. Pearcy for the plaintiff's criminal trial in Glendale City Court, and she did not appear. The State then moved to dismiss all charges and has never refiled. The statute of limitations for re-filing the charges has long passed. **Exhibit 3.** S*ee* A.R.S. § 13-107.

On February 6, 2017, the Glendale City Court dismissed the Order of Protection when Pearcy failed to appear, despite her having notice. **Exhibit 4**.

To permit the defendant from mentioning these matters to the jury would be unduly prejudicial. The plaintiff was prevented from discovery because of the defendant's dilatory conduct. The plaintiff was never convicted of any criminal offense related to Pearcy's allegations. Rule 609 limits impeachment on cross-examination to matters for which an individual has been convicted. The unsupported criminal charges have no probative value and would only confuse or mislead the jury. *See* Rule 403.

Pearcy made the allegations in the Protective Order on an ex parte basis under A.R.S. § 13-3602. In Arizona, hearings on protective orders are conducted de novo. When the plaintiff requested a hearing, Pearcy presented no evidence to support her allegations of domestic violence.

The plaintiff asks the Court to enter the following Order:

- The plaintiff was charged with interfering with judicial proceedings in Glendale City Court Case No. CR2016-025279 wherein Brittany Pearcy was the alleged victim.

- The plaintiff being a defendant in an Order of Protection Matter in Glendale City Court Case No. CV2016-024179 wherein Brittany Pearcy was the plaintiff.

- Any allegation the plaintiff is the alleged father of a child with Brittany Pearcy.

- Any allegation the plaintiff committed an act of domestic violence against Brittany Pearcy.

DATED THIS 10th day of January 2020.

/s/ Jason D. Lamm
Jason D. Lamm
Attorney for Plaintiff Leslie Merritt, Jr.

**CERTIFICATE OF SERVICE**

I certify that on this 10th day of January 2020 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Clerk of the Court
United States District Court, District of Arizona
Sandra Day O'Connor Courthouse
401 W. Washington St.
Phoenix, AZ 85003

Edward F. Novak, Esq.
Melissa Ho, Esq.
Jonathan G. Brinson, Esq.
Polsinelli PC
One East Washington Street, Suite 1200
Phoenix, AZ 85004

enovak@polsinelli.com; mho@polsinelli.com, jbrinson@polsinelli.com
Attorneys for Defendant State of Arizona, Heston Silbert, Christopher Kalkowski, Frank Milstead, Ken Hunter, Kelly M. Heape, Jennifer Pinnow, Anthony Falcone

By: /s/ Kathryn A. Miller
Kathryn A. Miller