# Exhibit 1

GLENDALE CITY COURT
5711 W GLENDALE AVENUE  GLENDALE, AZ 85301                                   (623) 930-2400

|  | Case No. | M-747-CV-2016024179 |
|---|---|---|

# ORDER OF PROTECTION
[ ] Amended Order

Court ORI No. AZ007061J

County MARICOPA    State AZ

Former Case No. _____

| PLAINTIFF | PLAINTIFF IDENTIFIERS |
|---|---|
| BRITTANY  PEARCY | 5/20/1998 |
| First     Middle     Last | Date of Birth of Plaintiff |

And/or on behalf of minor family member(s) and other Protected Person(s): (List name and DOB.)

BEVERLY VAIL ,8/12/1956 ; BRANDON FIEDLER ,6/1/1996 ;

v.

| DEFENDANT | DEFENDANT IDENTIFIERS ||||||
|---|---|---|---|---|---|
| LESLIE  MERRITT JR | SEX | RACE | DOB | HT | WT |
| First   Middle   Last | M | W | 06/20/1994 | 5' 8" | 280 |
| Defendant/Plaintiff Relationship ONE OF US IS PREGNANT BY THE OTHER | EYES | HAIR | *Arizona Prohibits Release of Social Security Numbers* |||
|  | BRO | BRO |  |||
| Defendant's Address: 6112 N 67TH AVE #125  GLENDALE, AZ 85301 | DRIVER'S LICENSE # | STATE | EXP DATE |||
|  |  |  |  |||

CAUTION: [ ] Weapon Alleged in Petition                [ ] Estimated Date of Birth

**WARNINGS TO Defendant:** This Order shall be enforced, even without registration, by the courts of any state, the District of Columbia, any U.S. Territory, and may be enforced by Tribal Lands (18 U.S.C. § 2265). Crossing state, territorial, or tribal boundaries to violate this Order may result in federal imprisonment (18 U.S.C. § 2262). As a result of this order, it may be unlawful for you to possess or purchase a firearm or ammunition pursuant to federal law under 18 U.S.C. § 922(g)(8) and/or state, tribal, territorial, or local law. If you have any questions whether these laws make it illegal for you to possess or purchase a firearm, you should consult an attorney. **Only the Court, in writing, can change this Order.**
**This Order is effective for one year from date of service. VERIFY VALIDITY (call Holder of Record):**
MARICOPA COUNTY SHERIFF'S OFFICE - (602)876-1061

**THE COURT HEREBY FINDS:**
   That it has jurisdiction over the parties and subject matter.

[ ] Defendant received actual notice of this Hearing and had an opportunity to participate.
   **Additional findings of this Order and warnings are set forth on the next page(s).**
**THE COURT,** finding reasonable cause to believe that Defendant may commit an act of domestic violence or has committed an act of domestic violence within the past year (or good cause exists to consider a longer period), **HEREBY ORDERS:**
   **NO CRIMES.** Defendant shall not commit any crimes, including but not limited to harassment, stalking, or conduct involving the use, attempted use, or threatened use of physical force that would reasonably be expected to cause bodily injury, against Plaintiff or Protected Persons.

[X] **NO CONTACT.** Defendant shall have no contact with **Plaintiff** except through attorneys, legal process, court hearings, and as checked: [ ] Phone [ ] Email/Fax [ ] Mail [ ] Other: _____

[X] **NO CONTACT.** Defendant shall have no contact with **Protected Person(s)** except through attorneys, legal process, court hearings and as checked: [ ] Phone [ ] Email/Fax [ ] Mail [ ] Other: _____

Effective: June 3, 2013          Page 1 of 2          Adopted by Administrative Directive No. 2013-03

Case No. M-747-CV-2016024179

**THE COURT FURTHER ORDERS:**

[ ] RESIDENCE. Plaintiff is granted exclusive use and possession of the residence listed below.

    [ ] LAW ENFORCEMENT STANDBY. Defendant may return once with a law enforcement officer to obtain necessary personal belongings. Neither law enforcement nor this protective order can resolve conflicts over property, title, furniture, finances, real estate, or other ownership issues.

**PROTECTED LOCATIONS.** Defendant shall not go to or near the Plaintiff's or other Protected Person's:

[X] Residence (leave blank if confidential):
6301 N 64TH DR ,GLENDALE,AZ,85301;

[ ] Workplace (leave blank if confidential):

[ ] School / Other:

[ ] **FIREARMS.** Pursuant to A.R.S. § 13-3602(G)(4), the Court finds that Defendant poses a credible threat to the physical safety of the Plaintiff or Protected Persons. Therefore, Defendant shall not possess, receive, or purchase firearms and shall surrender same within 24 hours of service to:

**OTHER ORDERS.**

| 10/13/2016 | _[signature]_ | L CANHAM |
|---|---|---|
| Date | Judicial Officer | Printed Name |

**Warning**

This is an official Court Order. If you disobey this Order, you will be subject to arrest and prosecution for the crime of interfering with judicial proceedings and any other crime you may have committed in disobeying this Order.

**ADDITIONAL WARNINGS TO Defendant:** Violations of this Order should be reported to a law enforcement agency, not the Court. Both parties must notify this Court if an action for dissolution (divorce), separation, annulment or paternity/maternity is filed. This is NOT a parenting time (visitation) or custody order. You must file those requests separately in Superior Court. If you disagree with this Order, you have the right to request a hearing, which will be held within 5 to 10 business days after your written request has been filed in the Court that issued this Order. Nothing the Plaintiff does can stop, change, or undo this Order without the Court's written approval. You must appear in Court to ask a judge to modify (change) or quash (dismiss) this Order. **Even if the Plaintiff initiates contact, you could be arrested and prosecuted for violating this protective order. If you do not want the Plaintiff to contact you, you have the right to request a protective order against the Plaintiff. However, orders are not automatically granted upon request. Legal requirements must be met.**

PCO Codes: 1,2,4,5.