# Exhibit 2

## IN THE CITY COURT OF THE CITY OF GLENDALE

## IN AND FOR THE COUNTY OF MARICOPA

STATE OF ARIZONA, )
)
Plaintiff, ) Docket No. **CR2016-025279**
)
v. )
**Leslie Merritt** ) **MISDEMEANOR COMPLAINT**
,)
)
Defendant. )
)

The complainant herein personally appears and, being duly sworn, complains of information and belief against the defendant charging that in the City of Glendale, Maricopa County, Arizona,

Name: **Leslie Merritt** committed a misdemeanor, to-wit:

Count **I**: Interfering with Judicial Proceedings, DOMESTIC VIOLENCE, a Class 1 Misdemeanor, on or about **10/27/16**, at **6301 N. 64th Dr.**, Glendale, Arizona, by disobeying or resisting the lawful order, process or other mandate of a court, to-wit: [COURT: **Glendale**, NUMBER **CV2016-024179**], all in violation of A.R.S. 13-2810.A.2 and 13-2810.B and 13-3601.H.

_____
Complainant

Subscribed and sworn to before me **12-19-16**
Date

_____
City Magistrate

| DOB | ADDRESS | RACE | SEX | HT | WT | HAIR | EYE | SOC SEC | IR |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |