# Exhibit 3

# GLENDALE CITY COURT
## 5711 W. Glendale Avenue, Glendale, Arizona 85301

| STATE OF ARIZONA vs. Leslie Merritt  Defendant | CASE NO. CR2016-025279 | Motion to Dismiss and Order |
|---|---|---|

Pursuant to Rule 16.6 of the Arizona Rules of Criminal Procedure, the State requests that the court dismiss ☒ all charges in the above-entitled action ☐ counts _____ without prejudice for the following reason(s):

☐ No reasonable likelihood of conviction.  ☐ In the interest of justice.
☐ Insufficient legal basis.  ☐ Insufficient factual basis.
☐ Completed diversion program.  ☐ Part of a plea agreement.
☐ Victim does not desire prosecution.  ☒ Victim did not appear for trial.
☐ Officer did not appear for trial.  ☐ Civilian witness(es) did not appear for trial.
☐ Other: _____

Date: 1/30/2017      Signed: _____

## ORDER

The Court having received and reviewed the Motion to Dismiss finds that good cause exists and that the purpose of the dismissal is not to avoid the provisions of Rule 8, A.R.C.P., therefore;

IT IS HEREBY ORDERED granting the State's Motion to Dismiss without prejudice
☒ all charges in the above-entitled action  ☐ counts _____

IT IS FURTHER ORDERED the fees in the amount of $_____ are
☐ due by _____   ☐ waived

IT IS FURTHER ORDERED _Bond to Exonr_____

Date: 1-30-17      Judge: _____

1410-1053 Rev. 07/10          ORIGINAL: Court     YELLOW: Defendant     PINK: Prosecutor
Source::F:\FormsOrig.Index\MotiontoDismiss Rev.07/10