# Exhibit 4

**GLENDALE CITY COURT   5711 W. Glendale Ave   Glendale, AZ 85301   623-930-2400**

| | | |
|---|---|---|
| Brittany Searcy<br>Plaintiff<br>Birth Date: 5-20-98<br>v.<br>Leslie Merritt Jr<br>Defendant | CV2016034179<br>Case No. | **HEARING ORDER**<br>[X] Order of Protection<br>[ ] Injunction Against Harassment<br>[ ] Injunction Against Workplace Harassment<br>Issued Date: 10/31/16 (mm/dd/ccyy) |

[ ] The request for:

    [ ] A protective order is [ ] granted  [ ] denied  [ ] withdrawn. Reason: _____

    [ ] A hearing is denied.

    [ ] A motion to continue is denied.

    [ ] A motion to modify is denied.

[ ] The Court continues the hearing set for ___/___/_____ (date). See Notice of Hearing.

[ ] The Court cancels the hearing set for ___/___/_____ (date).

[ ] On Plaintiff's motion, the Court dismisses the protective order listed above.

---

**At time of hearing:**

Plaintiff:    [ ] Appeared  [ ] Failed to Appear but did not have Notice  [X] Failed to Appear but had Notice *undeliverable, failed to provide current info* (2)

Defendant:    [X] Appeared  [ ] Failed to Appear but did not have Notice  [ ] Failed to Appear but had Notice *updates*

[X] The Court dismisses the protective order listed above.

[ ] A protective order is [ ] denied  [ ] granted.  [ ] Brady applies.

[ ] The protective order listed above remains in effect.  [ ] Brady applies.

[ ] As attached, the Court modifies the protective order listed above.  [ ] Brady applies.

2-6-17
Date

_____
Judicial Officer

---

**CERTIFICATE OF TRANSMITTAL**

Copy [ ] mailed [ ] provided personally to Plaintiff on ___/___/___ by _____

Copy [ ] mailed [ ] provided personally to Defendant on ___/___/___ by _____

Copy [ ] mailed [ ] delivered [ ] faxed to Sheriff on ___/___/___ by _____

Effective: June 3, 2013    Page 1 of 1    Adopted by Administrative Directive No. 2013-03
Source:F:\FormsOrig.Index\Protective Order Forms\13-Hearing Order - Eff 6-3-13