# Exhibit 2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leslie Merritt, Jr., a single man, )<br>)<br>    Plaintiff,              )<br>)<br>vs.                               )<br>)<br>State of Arizona, a body politic,)<br>et al.,                           )<br>)<br>    Defendants.            )<br>_____ ) | Case No.:<br>2:17-cv-04540-DGC |

DEPOSITION OF STEPHEN M. DEADY

Phoenix, Arizona
March 22, 2019
9:28 a.m.

PREPARED BY:

KATE E. ROUNDY, RPR
Certified Reporter
Certificate No. 50582

SEYMOUR REPORTING SERVICES
Registered Reporting Firm R1000
137 East Elliot Road, #2473
Gilbert, Arizona 85299
(P)602.258.5800
(F)888.881.5400

1  A.  Well, it's the international standard that is
2  used in conjunction with the laboratory, and it's used as
3  a standard when you come into a laboratory and do your
4  audit.
5  Q.  Okay.  And what does ISO 17025 mean in practice,
6  to your understanding?
7  A.  Well, in practice it outlines the procedures that
8  should be followed, the methodologies utilized, the
9  methods of documentation --
10  Q.  Tell me about that.
11  A.  -- so on and so forth.
12  Q.  Tell me about the methods of documentation that
13  ISO 17025 requires.
14  A.  I can't -- I would have to have a look at it in
15  front of me.
16  Q.  It requires clear documentation; correct?
17  A.  Well, again, I would want to look at the
18  document.
19  Q.  Do you know what it says?
20  A.  No.
21  Q.  Off the top of your head?
22  A.  No, I do not.
23  Q.  Do you also recall that the ISO guidelines
24  specifically state that accreditation of a lab does not
25  equate to the accuracy of the results of the lab work

1   performed?
2   A.   I have heard that. I don't know exactly where it
3   is, if it's in there, in ISO 17025, but I would agree with
4   that statement, that just because the lab is accredited,
5   doesn't mean that it can't make a mistake.
6   Q.   And the purposes of policies within a crime lab
7   is to ensure scientific reliability of the work that the
8   lab produces; correct?
9   A.   Yes.
10  Q.   And to have a scientifically reliable opinion,
11  Steve, would you agree that good policies need to be
12  applied correctly to the lab work?
13  A.   Yes.
14  Q.   It's not enough for a crime lab merely to have
15  good written policies in order to ensure that they reach
16  scientifically reliable conclusions?
17  A.   One more time with that.
18  Q.   Sure.
19  A.   It is not --
20  Q.   Simply having policies in place does not ensure
21  scientifically reliable lab work?
22  A.   That's correct.
23  Q.   The policies have to be translated into practice?
24  A.   Correct.
25  Q.   And if lab work documentation follows ISO