Exhibit A

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

LESLIE MERRITT, JR., a single man,) No. CV2016-013436
)
            Plaintiff, )
)
   vs. )
)
STATE OF ARIZONA, a body politic; )
BILL MONTGOMERY, the elected )
Maricopa County Attorney; MARICOPA)
COUNTY, a body politic; JOHN DOES )
I-X; JANE DOES I-X; ABC )
PARTNERSHIPS I-X and XYZ )
CORPORATIONS I-X, )
)
            Defendants. )
_____)

DEPOSITION OF SERGEANT TONY N. MAPP

Phoenix, Arizona
June 28, 2017
1:36 p.m.

REPORTED BY:

Cyndi Morris-Crowe, RPR

Certified Reporter No. 50102

1    A.    That depends on traffic.

2    Q.    Based on that -- normal time of day?

3    A.    Twenty minutes.

4          (A conference was held off the record between
5    Mr. Lamm and Mr. Don.)

6    Q.    BY MR. LAMM:  Okay.  And did Trevor call you
7    on your cell phone?

8    A.    He probably called me on my department --
9    yeah, I have a department cell phone.

10   Q.    Okay.  Now, my understanding is when the
11   weapons -- Merritt's gun, Saucedo's gun -- when they
12   were checked into property and evidence, that the
13   crime lab got to work right away on it.

14         Was that your understanding as the
15   supervisor?

16         MS. CAIN:  Form and foundation.

17         THE WITNESS:  I can't talk about Saucedo's
18   gun because I know --

19   Q.    BY MR. LAMM:  Well --

20   A.    -- nothing about it.

21   Q.    Well, let's just -- let's just -- let's just
22   talk about Leslie, then.

23   A.    Okay.

24   Q.    The various guns were test fired; correct?

25   A.    Correct.