


## Supplemental Report

Incident Number: **AZ1500011584**

Author: Jennifer Pinnow, Captain

On Saturday, August 29, 2015, Captain Jennifer Pinnow, #5054, was advised by Sergeant Tony Mapp, #4381, he was responding to a shooting that occurred around 1110 hours on eastbound Interstate 10 (I-10) near 19th Avenue.

After that call, Sergeant Mapp called Captain Pinnow again indicating there was another shooting after the initial shooting on westbound I-10 between 35th Avenue and 67th Avenue. He indicated he had detectives responding to both.

On Sunday, August 30, 2015, Sergeant Mapp called Captain Pinnow. He said he was responding to a delayed call of a freeway shooting. The shooting occurred on Saturday, August 29, 2015, at around 2200 hours on eastbound I-10 near the mini-stack.

Captain Pinnow notified Major Heape of the three shootings. In all three shootings, there were no suspect or vehicle information; all victims seemed to be randomly chosen. Sergeant Mapp indicated the bullet holes and bullets appeared to be from a 9mm or .40 caliber.

Captain Pinnow called ACTIC Criminal Analyst Supervisor Melissa McKinstry to initiate a social media search and watch in the area for people who might put out information on suspects or vehicles involved in the shootings on the internet.

Captain Pinnow called Sergeant Mapp and requested he submit a suspicious activity report of the shootings to the ACTIC and information for a bulletin to Ms. McKinstry.

On or about September 3, 2015, Sergeant Mapp advised Captain Pinnow the bullets and bullet fragments from the three August 29 shootings came from the same 9mm Hi-Point handgun made after 2011.

On Wednesday, September 3, 2015, Sergeant Mapp advised Captain Pinnow he received a delayed call on a fourth shooting that may have occurred on Sunday, August 30, 2015. A bullet was recovered from the inside of a tire after the tire was punctured.

On Thursday, September 4, 205, Sergeant Mapp advised Captain Pinnow the bullet from the tire matched the same gun as the three shootings on September 29, 2015.

EXHIBIT NO. 9
Maciulla WITNESS
DATE 9-7-18
CYNDI HIRSCH, R.P.R.




Incident Number: Error! Reference source not found.

Author: **Error! Reference source not found.**

## Supplemental Report Continued

On or near Monday, September 14, 2015, Sergeant Mapp advised Captain Pinnow of an idea of a detective to collect and test fire pawned 9mm Hi-Point handguns made after 2011. Captain Pinnow approved of the plan.

On Thursday, September 17, 2015, Sergeant Mapp advised Captain Pinnow the guns had been collected from the pawn shops. A Facebook review of a person who pawned one of the guns showed many posts regarding the freeway shootings and photographs obtained from news media. Sergeant Mapp said based on that information he requested the DPS Crime Lab personnel to test and examine that particular gun first. That gun had been pawned by Leslie Allen Merritt Jr.

On Friday, September 18, 2015, at approximately 0800 hours, Sergeant Mapp called Captain Pinnow. He advised Captain Pinnow that the gun pawned by Merritt was a "100%" match for the bullets and bullet fragments recovered from the four shootings. Captain Pinnow contacted Major Heape who requested she go to the Emergency Operations Center (EOC). Captain Pinnow advised Sergeant Jeremy Bulger, #6754, and Sergeant Gentry Burton, #7253, of the match and requested they have detectives respond to the office.

At the EOC, Sergeant Aaron Lorenzen, #6200, kept a log of what was publicly discussed and decided in the EOC. See attached log.

After Merritt was located and arrested, Captain Pinnow went to Metro Booking. She watched parts of Merritt's interview before leaving.