,Jason D. Lamm (018454)
Law Office of Jason Lamm
6245 North 24th Pkwy, Ste. 208
Phoenix, AZ 85016-2030
Tel: (602) 222-9237
Fax: (602) 222-2299
Email: jlamm@cyberlawaz.com

David J. Don (016462)
LAW OFFICE OF DAVID J. DON, PLLC
301 E. Bethany Home Rd., Suite B-100
Phoenix, Arizona 85012
Tel: 480-948-1212
Fax: 480-696-775
Email: david@azcivilrights.com
*Attorneys for Plaintiff Leslie A. Merritt, Jr.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Leslie A Merritt, Jr., a single man, | Case No.: CV17-4540-PHX-DGC |
| Plaintiff, vs. | **NOTICE TO THE COURT PURSUANT TO DOC. 387** |
| State of Arizona, et al. | |
| Defendants. | |

The parties, through their undersigned counsel of record, pursuant to Doc 387 at 7:4-7, hereby notify the Court as follows:

Plaintiff: The parties are not in agreement about a bench trial. Plaintiff believes that four (4) full trial days, exclusive of jury selection, are necessary to present his case.

Defendant: The State is agreeable to a bench trial. Defendant believes that 22 hours, exclusive of jury selection, are necessary to present its case.

DATED THIS 11th day of September, 2020.

LAW OFFICE OF JASON LAMM

By: /s/ Jason D. Lamm
David J. Don
*Attorney for Plaintiff Leslie Merritt, Jr.*

LAW OFFICES OF DAVID J. DON, P.L.L.C.

By: /s/ David J. Don
David J. Don
*Attorney for Plaintiff Leslie Merritt, Jr.*

POLSINELLI PC

By: /s/ Jonathan Brinson
Jonathan Brinson
*Attorneys for Defendant State of Arizona, Silbert, Kalkowski, Milstead, Hunter, Heape, Pinnow and Falcone*

## CERTIFICATE OF SERVICE

I certify that on this 11th day of March, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Clerk of the Court
United States District Court, District of Arizona
Sandra Day O'Connor Courthouse
401 W. Washington St.
Phoenix, AZ 85003

Edward F. Novak, Esq.
Melissa Ho, Esq.
Jonathan G. Brinson, Esq.
Andrew Fox, Esq.
Polsinelli PC
One East Washington Street, Suite 1200
Phoenix, AZ 85004

enovak@polsinelli.com; mho@polsinelli.com, jbrinson@polsinelli.com
Attorneys for Defendant State of Arizona, Heston Silbert, Christopher Kalkowski, Frank Milstead, Ken Hunter, Kelly M. Heape, Jennifer Pinnow, Anthony Falcone

By: /s/ Kathryn A. Miller
     Kathryn A. Miller