| | |
|---|---|
| **U.S. District Judge:** David G. Campbell | **Date:** September 17, 2020 |
| **Case Number:** CV-17-04540-PHX-DGC | |
| **Merritt v. Arizona, State of et al** | |

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | Jason D. Lamm | Edward Novak |
| | David Don | Jonathan Brinson |
| | | Melissa Ho |
| | | Andrew Fox |

**TELEPHONIC HEARING:**

Argument is presented regarding Defendant's renewed motion requesting Plaintiff's counsel not talk with media. Doc. 385. The matter is taken under advisement.

Discussion is held regarding trial procedures and the following deadlines and hearings are set:

- Jury Trial: **October 28 to October 30** and **November 2 to November 6, 2020**. The courtroom location is to be determined.
- Draft joint juror questionnaire due: **September 22, 2020**
- Questionnaire to be mailed: **September 25, 2020**
- Counsel to pick up questionnaires: **October 19, 2020 after 3:00 p.m**. on the first floor in the jury office
- Final Pretrial Conference: **October 9, 2020 at 1:00 p.m. in Courtroom 603**
- Court list of proposed juror excusals to parties: **October 21, 2020**
- Hearing to review questionnaires: **October 23, 2020 at 9:00 a.m. in Courtroom 603**
- Additional motion by Plaintiff: **September 23, 2020;** Response due **September 30, 2020;** Reply due **October 5, 2020**

The parties shall submit the proposed questionnaire to chambers in Word format. Forty prescreened jurors will be brought in on the first day of trial. The Court will seat eight jurors. Each side is permitted nineteen hours of trial time, which will include openings, closing, and direct and cross examination.

| | |
|---|---|
| | **Total:** 57 min. |
| Deputy Clerk: Christine Boucher | **Start:** 10:01 a.m. |
| Court Reporter: Patricia Lyons | **Stop:** 10:58 a.m. |