# Exhibit A

# IN THE SUPERIOR COURT

# IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| **STATE OF ARIZONA**, | ) CR2015-144211-001 |
| Plaintiff, | ) **PARTIAL TRANSCRIPT OF ORAL** |
| vs. | ) **ARGUMENT HELD ON JUNE 22,** |
| | ) **2020 BEFORE COMMISSIONER** |
| **LESLIE ALLEN MERRITT, JR.**, | ) **WILLIAM WINGARD** |
| Defendant | ) |

Appearances:

On behalf of the State of Arizona:     Barbara Marshall, Esq.
                                       Deputy County Attorney

On behalf of Defendant Leslie          Jason Lamm, Esq.
Allen Merritt, Jr.

## EXCERPT OF PROCEEDINGS

10:38:06 A.M.

(Ms. Marshall)

We have heard concerns from civil counsel that whatever this Court rules would be used in the civil case, so as far as I know, there is not a stipulation that would preclude this Court's ruling on the motion for clearance coming in in the civil case. If that has occurred, that is news to me.  And we do have a concern that this motion was filed at a critical time in the civil case, which is ongoing and goes to the exact issues raised in the clearance motion.

#     #     #