Jason D. Lamm (018454)
Law Office of Jason Lamm
6245 North 24th Pkwy, Ste. 208
Phoenix, AZ 85016-2030
Tel: (602) 222-9237
Fax: (602) 222-2299
Email: jlamm@cyberlawaz.com

David J. Don (016462)
LAW OFFICE OF DAVID J. DON, PLLC
301 E. Bethany Home Rd., Suite B-100
Phoenix, Arizona 85012
Tel: 480-948-1212
Fax: 480-696-7756
Email: david@azcivilrights.com

*Attorneys for Plaintiff Leslie A. Merritt, Jr.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Leslie A Merritt, Jr., a single man, | Case No.: CV17-4540-PHX-DGC |
| Plaintiff, | **PLAINTIFF'S MOTION TO AMEND JOINT PRETRIAL ORDER (DOC 334)** |
| vs. | |
| State of Arizona, et al. | |
| Defendants. | |

Plaintiff, through undersigned counsel, hereby moves to amend the Joint Pretrial Order (Doc 334) to the extent that Plaintiff may add (2) additional exhibits – a DVD containing the video recording of the interrogation by detectives of Plaintiff's (then) finance, Eddina Sauceda, and a second DVD containing the video recording of the interrogation of the Plaintiff by detectives.

The parties have already stipulated to the admissibility of the transcript of Ms. Sauceda's interrogation (Exhibit 43), and also the transcript of the Plaintiff's interrogation (Exhibit 48). (Doc. 334 at 25(F)(1)(a). The respective video recordings were seasonably disclosed, are substantively identical to the aforementioned transcripts, and would assist the jury in evaluating the evidence at trial. Moreover, because the parties have stipulated that the respective transcripts may be received into evidence, the Defendant will not suffer any prejudice if this Motion is granted or if the jury views the recordings.

Before filing this Motion, undersigned counsel consulted with defense counsel about his position with regard to the proposed amendment. No agreement as to admissibility was reached as defense counsel maintained that the contents of the videos are "post-arrest".

DATED this 30th day of September, 2020.

LAW OFFICE OF JASON LAMM

By: /s/ Jason D. Lamm
Jason D. Lamm
*Attorney for Plaintiff Leslie Merritt, Jr.*

LAW OFFICES OF DAVID J. DON, P.L.L.C.

By: /s/ David J. Don
David J. Don
*Attorney for Plaintiff Leslie Merritt, Jr.*

# CERTIFICATE OF SERVICE

I certify that on this 30th day of September, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Clerk of the Court
United States District Court, District of Arizona
Sandra Day O'Connor Courthouse
401 W. Washington St.
Phoenix, AZ 85003

Edward F. Novak, Esq.
Melissa Ho, Esq.
Jonathan G. Brinson, Esq.
Andrew Fox, Esq.
Polsinelli PC
One East Washington Street, Suite 1200
Phoenix, AZ 85004

enovak@polsinelli.com; mho@polsinelli.com, jbrinson@polsinelli.com
Attorneys for Defendant State of Arizona, Heston Silbert, Christopher Kalkowski, Frank Milstead, Ken Hunter, Kelly M. Heape, Jennifer Pinnow, Anthony Falcone

By: /s/ Kathryn Miller
Kathryn Miller