Jason D. Lamm (018454)
Law Office of Jason Lamm
2501 North Seventh Street
Phoenix, AZ 85006-1047
Tel: (602) 222-9237
Fax: (602) 222-2299
Email: jlamm@cyberlawaz.com

David J. Don (016462)
LAW OFFICE OF DAVID J. DON, PLLC
301 E. Bethany Home Rd., Suite B-100
Phoenix, Arizona 85012
Tel: 480-948-1212
Fax: 480-696-7756
Email: david@azcivilrights.com

*Attorneys for Plaintiff Leslie A. Merritt, Jr.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| Leslie A Merritt, Jr., a single man, | Case No.: CV17-4540-PHX-DGC |
|---|---|
| Plaintiff, | **PLAINTIFF'S FOURTH MOTION TO AMEND JOINT PRETRIAL STATEMENT (DOC 334)** |
| vs. | |
| State of Arizona, et al. | |
| Defendants. | |

Plaintiff, through undersigned counsel, hereby moves to amend the Joint Final Pretrial Statement (Doc 334 at Exhibit 1) filed on February 28, 2020 so as to permit the Plaintiff to designate portions of the deposition of Defendants' firearms policy and procedures expert, Stephen Deady, for the reasons set forth herein.

On February 21, 2020, the Plaintiff sent defense counsel proposed designations of Mr. Deady's deposition testimony to be read to the jury at trial. (Exhibit 1). On February 23, 2020, defense counsel objected to the designations as

Deady "will be present at trial to testify live". (Exhibit 2). Plaintiff acknowledged, in response, that if the Defendant was calling Deady as a live witness in trial, then "the designations are no longer necessary". *Id.*

In preparing for trial, Plaintiff's counsel sought to confirm whether or not Deady would, in fact, be called as a live witness given recent communications with defense counsel which suggested to the contrary. Defense counsel would not commit as to whether or not Deady would be called as a witness at trial and stated that it is "not obligated to say more, nor are we obligated to make [him] available to you." (Exhibit 3). The Joint Pretrial Statement, however, makes clear that Deady *will* be called by the Defendant at trial (see Doc 334 at 21 (¶ E(2)(a)(14)).

The Plaintiff has reasonably relied on the Defendant's representations that Deady would be called as a witness at trial. It is unconscionable for Defendant to aver that Deady would be called as a witness at trial, such that Plaintiff detrimentally relied upon this representation in withdrawing his designations, and for the Defendant to then be able to vacillate as to whether or not Deady would or would not be called as a witness. Such gamesmanship represents an attempt to hide the ball and prejudices the Plaintiff from eliciting meaningful testimony from Deady, be it through the reading of relevant portions of his designations, or from cross-examining him before the jury.

The Court should therefore exercise its discretion and either grant leave to the Plaintiff to submit Deady's deposition designations before the Pretrial Conference, or it should enter an Order compelling the Defendant to make Deady available at trial because it has made commitments to this effect both in Doc 334, as well as in communications with the Plaintiff's counsel.

//

DATED this 5th day of October, 2020.

LAW OFFICE OF JASON LAMM

By: /s/ Jason D. Lamm
Jason D. Lamm
*Attorney for Plaintiff Leslie Merritt, Jr.*

LAW OFFICES OF DAVID J. DON, P.L.L.C.

By: /s/ David J. Don
David J. Don
*Attorney for Plaintiff Leslie Merritt, Jr.*

**CERTIFICATE OF SERVICE**

I certify that on this 5th day of October, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Clerk of the Court
United States District Court, District of Arizona
Sandra Day O'Connor Courthouse
401 W. Washington St.
Phoenix, AZ 85003

Edward F. Novak, Esq.
Melissa Ho, Esq.
Jonathan G. Brinson, Esq.
Andrew Fox, Esq.
Polsinelli PC
One East Washington Street, Suite 1200
Phoenix, AZ 85004

enovak@polsinelli.com; mho@polsinelli.com, jbrinson@polsinelli.com
Attorneys for Defendant State of Arizona, Heston Silbert, Christopher Kalkowski, Frank Milstead, Ken Hunter, Kelly M. Heape, Jennifer Pinnow, Anthony Falcone

By: /s/ Kathryn Miller
Kathryn Miller