Jason D. Lamm (018454)
Law Office of Jason Lamm
6245 North 24th Pkwy, Ste. 208
Phoenix, AZ 85016-2030
Tel: (602) 222-9237
Fax: (602) 222-2299
Email: jlamm@cyberlawaz.com

David J. Don (016462)
LAW OFFICE OF DAVID J. DON, PLLC
301 E. Bethany Home Rd., Suite B-100
Phoenix, Arizona 85012
Tel: 480-948-1212
Fax: 480-696-7756
Email: david@azcivilrights.com

*Attorneys for Plaintiff Leslie A. Merritt, Jr.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Leslie A Merritt, Jr., a single man, | Case No.: CV17-4540-PHX-DGC |
| Plaintiff, | **PROPOSED ADDITIONAL JURY INSTRUCTION** |
| vs. | |
| State of Arizona, et al. | |
| Defendants. | |

The Plaintiff, through counsel, submits the following additional jury instruction as requested by the Court (Doc. 382, p 15):

The Defendant arrested Plaintiff on September 18, 2015. He remained in custody until April 19, 2016. To determine damages for the claim of false arrest, false imprisonment, and aiding and abetting, you should consider only the injuries that accrued from September 18, 2015, until September 24, 2015. A claim for damages accrues on the dates that the injury is sustained.

The Plaintiff was cleared of any allegation or charge arising from the Defendant's investigation against him. The jury should not consider the result of criminal case as a fact in favor of or against any party, and should confine its attention to Plaintiff's claim that his arrest on September 18, 2015, lacked probable cause and his claim for damages that accrued from September 18, 2015, until September 24, 2015.

DATED this 8th day of October 2020.

LAW OFFICE OF JASON LAMM

By: /s/ Jason D. Lamm
David J. Don
*Attorney for Plaintiff Leslie Merritt, Jr.*

LAW OFFICES OF DAVID J. DON, P.L.L.C.

By: /s/ David J. Don
David J. Don
*Attorney for Plaintiff Leslie Merritt, Jr.*

POLSINELLI, P.C.

By: /s/Edward F. Novak
Edward F. Novak, Esq.
Melissa Ho, Esq.
Jonathan G. Brinson, Esq.
Andrew Fox, Esq.
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on this 8th day of October 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Clerk of the Court
United States District Court, District of Arizona

Sandra Day O'Connor Courthouse
401 W. Washington St.
Phoenix, AZ 85003

Edward F. Novak, Esq.
Melissa Ho, Esq.
Jonathan G. Brinson, Esq.
Andrew Fox, Esq.
Polsinelli PC
One East Washington Street, Suite 1200
Phoenix, AZ 85004

enovak@polsinelli.com; mho@polsinelli.com, jbrinson@polsinelli.com
Attorneys for Defendant State of Arizona, Heston Silbert, Christopher Kalkowski, Frank Milstead, Ken Hunter, Kelly M. Heape, Jennifer Pinnow, Anthony Falcone

By:   /s/ David J. Don
      David J Don