Jason D. Lamm (018454)
Law Office of Jason Lamm
6245 North 24th Pkwy, Ste. 208
Phoenix, AZ 85016-2030
Tel: (602) 222-9237
Fax: (602) 222-2299
Email: jlamm@cyberlawaz.com

David J. Don (016462)
LAW OFFICE OF DAVID J. DON, PLLC
301 E. Bethany Home Rd., Suite B-100
Phoenix, Arizona 85012
Tel: 480-948-1212
Fax: 480-696-7756
Email: david@azcivilrights.com

*Attorneys for Plaintiff Leslie A. Merritt, Jr.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Leslie A Merritt, Jr., a single man, | Case No.: CV17-4540-PHX-DGC |
| Plaintiff, | **PLAINTIFF'S NOTICE OF FILING** |
| vs. | |
| State of Arizona, et al. | |
| Defendants. | |

Plaintiff, through counsel, hereby gives notice of his filing of The Bureau of Alcohol, Tobacco, Firearms and Explosives Report, authored by Gregory Klees, that is hereto as Exhibit 1 (Trial Exhibit 61).

DATED this 9th day of October, 2020.

LAW OFFICE OF JASON LAMM

By: /s/ Jason D. Lamm
David J. Don
*Attorney for Plaintiff Leslie Merritt, Jr.*

-1-

LAW OFFICES OF DAVID J. DON, P.L.L.C.

By: /s/ David J. Don
David J. Don
*Attorney for Plaintiff Leslie Merritt, Jr.*

**CERTIFICATE OF SERVICE**

I certify that on this 9th day of October, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Clerk of the Court
United States District Court, District of Arizona
Sandra Day O'Connor Courthouse
401 W. Washington St.
Phoenix, AZ 85003

Edward F. Novak, Esq.
Melissa Ho, Esq.
Jonathan G. Brinson, Esq.
Andrew Fox, Esq.
Polsinelli PC
One East Washington Street, Suite 1200
Phoenix, AZ 85004

enovak@polsinelli.com; mho@polsinelli.com, jbrinson@polsinelli.com
Attorneys for Defendant State of Arizona, Heston Silbert, Christopher Kalkowski, Frank Milstead, Ken Hunter, Kelly M. Heape, Jennifer Pinnow, Anthony Falcone

By: /s/ Kathryn A. Miller
Kathryn A. Miller