**STATEMENT OF THE CASE**

This is a civil case brought by Plaintiff Leslie Merritt, Jr., against Defendant State of Arizona. The State employs police officers, crime lab technicians, and forensic scientists who work at the Arizona Department of Public Safety (sometimes referred to as "DPS"). In August 2015, DPS officers investigated the shooting of vehicles along various freeways in the Phoenix area, including Interstate 10. On September 18, 2015, DPS officers arrested Plaintiff Leslie Merritt, Jr., for those shootings, and he was detained in the Maricopa County Jail. Plaintiff alleges that he was wrongfully arrested and imprisoned, and that he has incurred damages. Defendant State of Arizona denies any liability and asserts that the arresting officers had probable cause to arrest and detain Plaintiff.

Plaintiff asserts claims against the State of Arizona for false arrest and false imprisonment. Following his arrest on September 18, 2015, Plaintiff remained in custody until April 19, 2016, when the charges against him were dismissed. The Court has previously ruled, for legal reasons, that Plaintiff may recover only those damages, if any, incurred during the six-day period between his arrest on September 18 and September 24, 2015. Your task will be to decide first, whether or not Defendant had probable cause to arrest Plaintiff on September 18, 2015, and second, if not, what damages, if any, Plaintiff incurred between September 18 and September 24, 2015. In making these decisions you should not be influenced in any way by the fact that the charges against Plaintiff were dismissed in April 2016.