**DISTRICT JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

**U.S. District Judge:** David G. Campbell            **Date:** October 23, 2020

**Case Number:** CV-17-04540-PHX-DGC

**Merritt v. Arizona, State of et al**

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | David J. Don | Jonathan Brinson |
| | Jason D. Lamm | Andrew Fox |
| | | Edward Novak |

**STATUS CONFERENCE:**

The Court reviews the juror questionnaires with the parties, including excusals for hardship. Challenges for cause are made. An order will issue regarding the rulings made in open court. 40 prescreened jurors will be brought in for the first day of trial. The Court informs the parties how voir dire will proceed. The Court will also address the issue of Election Day with the jurors. The parties are given a seating chart of the 40 jurors. The Court will seat 8 jurors.

The Court notifies the parties that a dial-in number will be given for the members of the media and public to listen to the trial. A dial-in information sheet will be given to members of the public who are not able to sit in the gallery. The parties are provided a copy of the information sheet.

Discussion is held regarding the revised statement of the case. The Court takes under advisement whether the word "incurred" will remain in the statement of the case. The Court will not mention the Notation of Clearance to the jury. The Court will use the statement of the case in the preliminary instructions.

The parties are ordered to file with the Court all deposition designations no later than 1:00 p.m. on 10/26/2020.

The Court reviews with the parties the order issued regarding the 8/29/2015 call. Doc. 437. The Court will not reconsider this order and affirms the rulings made.

The Plaintiff withdraws his request to permit the jurors to ask questions.

The parties are directed to be in the Special Proceedings Courtroom and ready to proceed by 8:30 a.m. on October 28, 2020.

Court Reporter Patricia Lyons                               Start: 9:04 a.m.
Deputy Clerk Christine Boucher                           Stop: 11:22 a.m.