**DISTRICT JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** David G. Campbell | **Date:** November 4, 2020 |
| **Case Number:** CV-17-04540-PHX-DGC | |
| **Merritt v. Arizona, State of et al** | |

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | David J. Don | Edward F. Novak |
| | Jason D. Lamm | Jonathan Brinson |
| | | Melissa Ho |
| | | Andrew Fox |

**JURY TRIAL-DAY 6**

8:31 a.m. Court reconvenes. Jury is not present. Preliminary matters are discussed. 8:59 a.m. Jury enters the courtroom. Defendant's case continues: Vincent Figarelli is sworn and examined and appears by videoconference. Exhibit 120 is admitted. 9:28 a.m. Cross-examination. 9:32 a.m. No redirect. Witness is excused. Direct examination of Christopher Kalkowski continues. Exhibit 220d is marked and played to the jury for demonstrative purposes only. 10:28 a.m. Court is in recess.

10:46 a.m. Court reconvenes. Jury is present. Direct examination of Christopher Kalkowki continues. Exhibit 216 is admitted. 11:14 a.m. Cross-examination. 11:30 a.m. Redirect. 11:34 a.m. Witness is excused. John Maciulla is sworn and examined. 11:49 a.m. Cross-examination. 11:55 a.m. Redirect. Exhibit 230 is marked for identification. 12:02 p.m. Jury exits the courtroom. 12:04 p.m. Court is in recess.

1:04 p.m. Court reconvenes. Jury is present. Cade Shaw is sworn and examined and appears by videoconference. 1:16 p.m. Cross-examination. 1:21 p.m. Redirect. 1:22 p.m. Witness is excused. Jennifer Pinnow is sworn and examined. 2:10 p.m. Cross-examination. Exhibit 29 is admitted. 2:26 p.m. Jury exits the courtroom. Discussion is held. 2:33 p.m. Court is in recess.

2:45 p.m. Court reconvenes. Jury is present. Cross-examination of Jennifer Pinnow. Exhibit 8 is admitted. 2:48 p.m. Redirect. 2:54 p.m. Ken Hunter is sworn and examined. 3:15 p.m. Cross-examination. 3:31 p.m. Witness is excused. Chief Bennie Click is sworn and examined. 4:24 p.m. Jury is excused for the day. Further discussion is held regarding jury instructions and the verdict form. 5:20 p.m. Court is in recess and will reconvene on November 5, 2020 at 8:30 a.m.

Deputy Clerk: Christine Boucher
Court Reporter: Patricia Lyons (am)/Linda Schroeder (pm)          **Start:** 8:31 a.m.
                                                                                                                    **Stop:** 5:20 p.m.
                                                                                                                    **Total:** 7 hrs. 19 min.