IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leslie A. Merritt, Jr., a single man<br><br>Plaintiff,<br><br>v.<br><br>State of Arizona, et al.,<br><br>Defendants. | No. CV17-4540 PHX DGC<br><br>**ORDER** |

Pursuant to Stipulation of the parties for an extension of time for Defendant State of Arizona to file a response in opposition to Plaintiff's motion for new trial. Doc. 504.

**IT IS ORDERED** that the stipulation (Doc 504) is **granted.** Defendant State of Arizona shall respond to Plaintiff's motion for new trial on or before **January 8, 2021.**

Dated this 4th day of January, 2021.

David G. Campbell
Senior United States District Judge