# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Leslie A Merritt, Jr., a single man, | ) | No.: CV17-4540-PHX-DGC |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| State of Arizona, et al. | ) | |
| Defendants. | ) | |

Pursuant to Stipulation of the parties for an extension of time for Plaintiff to file his Reply to Defendant's Response to his Motion for Judgment Notwithstanding Verdict and for New Trial. Doc. 507.

**IT IS ORDERED** that the Stipulation (Doc 507) is **granted**. Plaintiff shall reply to Defendant's Response to Plaintiff's motion for new trial on or before **January 25, 2021**.

Dated this 12th day of January, 2021.

_David G. Campbell_
David G. Campbell
Senior United States District Judge